# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINGER MICHELE THAYER,<br><br>          Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | Case No.  1:13-cv-02026-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>ECF NO. 2 |

Plaintiff Ginger Michele Thayer ("Plaintiff") filed a complaint on December 10, 2013, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED THAT:

1.     Plaintiff's application to proceed in forma pauperis is GRANTED;

2.     The Clerk of Court is DIRECTED to issue a summons; and

3.     The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

Dated:   **December 12, 2013**

_____
UNITED STATES MAGISTRATE JUDGE

1