# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINGER MICHELE THAYER,<br><br>                 Plaintiff,<br><br>         v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                 Defendant. | Case No.  1:13-cv-02026-SAB<br><br>ORDER SETTING BRIEFING SCHEDULE |

On December 10, 2013, Plaintiff filed the present action in this court seeking review of the Commissioner's denial of an application for benefits.   On May 5, 2014, Defendant filed a motion to dismiss.  Accordingly, the Court HEREBY ORDERS that:

1. Plaintiff's opposition the Defendant's motion to dismiss shall be filed on or before June 6, 2014; and

2. Defendant may file a reply on or before June 20, 2014.

IT IS SO ORDERED.

Dated:   **May 19, 2014**

UNITED STATES MAGISTRATE JUDGE

1